**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Christian Faith Missionary Baptist Church

Appellate case number:    01-14-00057-CV

Trial court case number:  2012-73452

Trial court:              127th District Court of Harris County

On February 27, 2014, counsel for Real Parties in Interest filed a Motion of Extension of Time to File Response. The motion is **GRANTED**. The response of Real Parties in Interest to the Petition for Writ of Mandamus, if any, is due March 10, 2014.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   ☑ Acting individually    ☐ Acting for the Court

Date: February 28, 2014